# GUADALUPE COUNTY



211 W. Court St.
Seguin, TX 78155-5730

**Debra Crow, District Clerk**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
Phone: (830) 303-8873
1/21/2015 3:45:03 PM
Fax: (830) 379-1943
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF DELIVERY OF RECORDS

January 21, 2015

Court of Appeals Number: 04-140028-CR

Trial Court Number: 13-1384-CR-A

Trial Court Style: State of Texas v. Ricardo Roger Morales

County and District Court from which appeal is taken: Guadalupe County

I am the official responsible for preparing and the coping the clerk's record and Court reporter's record in the above referenced appeal. The date of delivery is January 21, 2015. The method of delivery was first class mail with certified / return receipt by United States Mail with Article Number 7010 2780 0002 4460 4971. A copy of the actual package with postage is attached.

I, as the undersigned court official, certify that a copy of this Notification of Delivery of Records has been served by E-file to Fourth Court of Appeals and by first class mail to the defendant.

Dated: <u>January 21, 2014</u>    Signature: _____

Pinted Name: <u>Elizabeth Lombard</u>

Title: _____ Deputy District Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricardo Roger Morales #1922160
Michael Unit
2664 Fm 2054
Tennessee Colony, TX 75886

13-1384-CR-A    Liz

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0002 4460 4971

PS Form 3811, July 2013    Domestic Return Receipt

7010 2780 0002 4460 4971

From:

Debra Crow
Guadalupe County District Clerk
211 West Court Street, Room 209
Seguin, Texas  78155

To:

Ricardo Roger Morales #1922160
Michael Unit
2664  FM 2054
Tennessee Colony, Texas 75886



UNITED STATES POSTAGE
PITNEY BOWES
$ 16.80⁰
02 1M
0000004694    JAN 21 2015
MAILED FROM ZIPCODE 78155